No. 79–5518. McSHAN v. GEORGIA. Ct. App. Ga. Motion of petitioner for leave to proceed *in forma pauperis* and

certiorari granted. Judgment vacated and case remanded for further consideration in light of *United States* v. *Mendenhall,* 446 U. S. 544 (1980).